**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF EURASIAN BANK JSC AND EURASIAN PROJECT 1 LLP,

        Petitioners,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

MORVILLO ABRAMOWITZ GRAND
   IASON & ANELLO P.C.
Robert J. Anello
Christopher B. Harwood
Curtis B. Leitner
565 Fifth Avenue
New York, New York 10017

Pursuant to 28 U.S.C. § 1782, Eurasian Bank JSC and Eurasian Project 1 ("Petitioners") respectfully apply *ex parte* for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") permitting them to seek discovery for use in criminal proceedings currently pending in Kazakhstan (the "Petition"). Petitioners respectfully request that the Court endorse the proposed order attached as Exhibit A to the concurrently-filed Memorandum of Law submitted in support of the Petition, which authorizes Petitioners to serve the subpoenas attached as Exhibit B to the Memorandum of Law.

For the reasons set forth in the Memorandum of Law, this Petition meets each of Section 1782's statutory requirements and also satisfies each of the discretionary factors that courts consider in deciding whether to authorize discovery under Section 1782. This Petition is further supported by the concurrently-filed Declarations of Aleksandr Georgievich Orlov and Dmitry Anatolievich Golubinsky and the exhibits attached thereto.

Dated: December 11, 2019
       New York, New York

    Respectfully submitted,

    MORVILLO ABRAMOWITZ GRAND IASON &
      ANELLO P.C.

    /s/ Christopher B. Harwood
    Robert J. Anello
    Christopher B. Harwood
    Curtis B. Leitner
    565 Fifth Avenue
    New York, New York 10017
    Tel: (212) 856-9600
    Fax: (212) 856-9494
    ranello@maglaw.com
    charwood@maglaw.com
    cleitner@maglaw.com

    *Counsel for Petitioners Eurasian Bank JSC and Eurasian Project 1*