**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF EURASIAN BANK JSC AND EURASIAN PROJECT 1 LLP,

          Petitioners,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

Case No.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING


MORVILLO ABRAMOWITZ GRAND
   IASON & ANELLO P.C.
Robert J. Anello
Christopher B. Harwood
Curtis B. Leitner
565 Fifth Avenue
New York, New York 10017

Pursuant to 28 U.S.C. § 1782, Eurasian Bank JSC and Eurasian Project 1 ("Petitioners") respectfully apply *ex parte* for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") permitting them to seek discovery for use in criminal proceedings currently pending in Kazakhstan (the "Petition").  Petitioners respectfully request that the Court endorse the proposed order attached as Exhibit A to the concurrently-filed Memorandum of Law submitted in support of the Petition, which authorizes Petitioners to serve the subpoenas attached as Exhibit B to the Memorandum of Law.

For the reasons set forth in the Memorandum of Law, this Petition meets each of Section 1782's statutory requirements and also satisfies each of the discretionary factors that courts consider in deciding whether to authorize discovery under Section 1782.  This Petition is further supported by the concurrently-filed Declarations of Aleksandr Georgievich Orlov and Dmitry Anatolievich Golubinsky and the exhibits attached thereto.

Dated: December 11, 2019
      New York, New York

                        Respectfully submitted,

                        MORVILLO ABRAMOWITZ GRAND IASON &
                            ANELLO P.C.

                        /s/ Christopher B. Harwood
                        Robert J. Anello
                        Christopher B. Harwood
                        Curtis B. Leitner
                        565 Fifth Avenue
                        New York, New York 10017
                        Tel: (212) 856-9600
                        Fax: (212) 856-9494
                        ranello@maglaw.com
                        charwood@maglaw.com
                        cleitner@maglaw.com

                        *Counsel for Petitioners Eurasian Bank JSC and Eurasian Project 1*